# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

JAN 0 5 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jonathan Reese                    )
                                  )
            Plaintiff             )
                                  )
        vs.                       )        Case No. _____
                                  )        *(The case number will be assigned by the clerk)*
C.O. Joshua Bolton                )
C.O. Clay Dobson                  )
C.O. Natalie Bealtev              )
Sgt. James Martindale             )
Major Thompson                    )
Mental health Ms. Rave            )
Warden Tiffany Clark (~~Brewer~~) )
ILL. River Dept. of Corrections   )
                                  )
            Defendant(s)          )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Jonathan Roy Reese

Prison Identification Number: M26196

Current address: 3758 S.Vincennes Ave. Apt-101 Chicago, IL 60653

ILL River D.O.C. P.O. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Joshua Bowton

Current Job Title: Correctional Officer

Current Work Address ILL River Correctional center

Defendant #2:

Full Name: Clay Dobson

Current Job Title: Correctional Officer

Current Work Address ILL River Correc. center

Defendant #3:

Full Name: Natalie Bealtcu

2

Current Job Title: Correc. Officer

Current Work Address Ill River Corrections

Defendant #4:

Full Name: Sgt. James Martindale

Current Job Title: Correctional Officer

Current Work Address Ill River Correc. Center

Defendant #5:

Full Name: Major Thompson

Current Job Title: Correctional Officer

Current Work Address Ill River Corree. Center

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☑        No ☐

If yes, please describe It was thrown out because I couldnt submit a 6 month account balance history.

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

3

Jonathan Reese

Defendant #6
   Full Name  Mental Health Ms. Rave
   Current Job Title   Mental Health Doctor
   Current Work Address Ill River Corrections


Defendant # 7
   Full Name   Tiffany Clark
   Current Job Title   Warden
   Current Work Address  Ill River Corrections


Defendant #8
   Full Name  Ill River D.O.C.
   Current Job Title  Department of Corrections
   Current Work Address P.O. Box 999 Canton, IL 61520

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

    1.  Name of Case, Court and Docket Number

_____

    2.  Basic claim made  _____

    3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☑  No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

    Yes  ☑  No  ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?  Yes  ☐  No  ☑

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Illinois Dept. of Corrections

Date(s) of the occurrence  (N) October - December 2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I am writing this claim based on harrassment and cruel and unusual punishment I have recieved during my incarceration at the Illinois River D.O.C. I arrived into the Illinois River Institution August 1, 2021. During that time I was housed on 2B cell 30 where I was housed for quarutine for 2 weeks. The 2 weeks turned into 1 month because of one other person on another deck contracted the Covd virus. Later October, I was assigned to housing unit 4B cell 16 in which I resided for majority of my time incarcerated in Ill River. On my 3rd day being in this house (4B) I got into a verbal altercation with our 90 day officer (John Marter), while having words, he said verbatum "I will make sure your time here is hell, and I promise you. I knew from the way he gave me a sinister look that he would stand on what he said. As I was housed in 4 house, I was constantly harrassed by C.O. Marter, and also Sgt. Martindale. I was wrote up once by C.O. Marter for getting out the shower close to lock up times and various other unexplainable reasons. As I was written up by officers on our 1st and 2nd shift, Sgt. Martindale was hearing the tickets. I also complained that I didn't want Sgt. Martindale to hear

5

To hear my tickets because I know he doesn't like me and also its a conflict of Interest. To no avail he still lead on to hearing my tickets and also found me quilty without giving me a chance to explain my innocence nor looking into it to even test my innocence. For all the tickets I was given (all minor Infractions) I recieved maximum penalties for all of, in some cases I even recieved 45 days C grade on a minor Infraction and 30 also. I constantly told all L.t's I talked to that I am in desperate need of a housing change because Im getting into alternations with all the C.o's because of both my morning shift officer's put a target on me. I was only in 4 house and had recieved more than 10 ticket's within 2 to 3 months On the day of 11-17-21, my cell door was popped by the Bubble (inside control). I left the cell and walked to the front of the dayroom to ask the correctional officer the reason my door was popped. In the mist of me walking to the front, the officer (Ishuma) came and asked me, "What are you doing out"? I replied "you guy's popped my door and I'm trying to see what was the reason. He then said you still should'nt have left your cell, now give me your I.D., you will recieve a write-up. I then gave him my I.D. and then demanded to speak to a white shirt regarding this matter. I was then handcuffed by the sgt. Roger's and put inside the room in the hallway. He asked do I wanna harm myself or any other, I said no, why would I wanna do that. I said I asked you to speak with a white shirt and he said you can talk to me. I said sir if your not letting me talk to a higher power when asked, your violating my rights. He then jotted on the paper you're not suicidal and you look angry so I'll put that down. Then I asked can I please

6

speak to a white shirt, and he left the room and said hold on a second and made a call. When he came back he said, OK mental health wants us to put you on a 15 minute watch. I asked why and they said they didn't know, its out of there hands. I was then pulled and dragged all the way to 5 house by Lt. Derocher and Ishuma and stripped of all my clothes. I was given a smock and thrown in a cell that was very cold and only a mattress. I tried talking to numerous officers saying why are they doing this to me, in which they said they cant help me and claimed I'll be out tommorow 11-19-21. The next day I asked to speak with mental health and she came (Ms. Rave). I told her about my situation and that I never claimed to harm myself or Anyone and I never claimed a crisis. She then said I understand but I cant let you out because your on 15 minute, so I'll move you to 30 minute watch and you still cant leave tomorrow because no MHP will be here. So I began to get agitated and asked for a white swirt and was given Major Thompson. She then said I cant help you and that's it so I said I refuse to let you guys keep doing me like this. its violating my rights please, and they said OK we're going to tell her drop you back down to 10 minute watch. So MHP Ms. Rave was called back and she took me from a 30 to a 10 minute watch. leaving me in that cell for 6 total days and without any clothing or a shower. I was very well violated considering that I never asked to be in that predicament and I was treated very cruelly and unfair. I felt very low and powerless and held fully against my will and experienced some mind breaking things being held in that cold cell without any articles of clothing.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like compensation for my cruel and unusual punishment ranging From 75 to 100,000$ for all I've been through and also consunctive relief to stop further harassment from the Ill River employees (Immediate Transfer). Please Thank you

JURY DEMAND        Yes ☑        No ☐

Signed this 20 day of December , 20 21 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jonathan Reese | M26196 |
| Address: P.O. box 999  ILL River D.O.C. Canton, IL 61520 | Telephone Number: ILL River |

8